# **EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL RODRIGUEZ, on behalf of himself
and all others similarly situated,

        CASE NO: 1:23-cv-1472

       Plaintiffs,

        **STIPULATED ORDER OF DISMISSAL**

       v.

JOHN FLUEVOG SHOES LTD.,

       Defendant.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff Daniel Rodriguez hereby dismisses on behalf of himself and any and all parties for whom the action was brought, the above-captioned action with prejudice.

Dated: New York, New York
June 26, 2023

| | |
|---|---|
| **Sam P. Israel, P.C.** | Stein Saks, PLLC |
| By: _/s/_ | By: _s/Mark Rozenberg_ |
| Sam Israel, Esq. | Mark Rozenberg, Esq. |
| 32 Broadway, 14th floor<br>New York, New York 10014<br>T: (646) 787-9880 \| F: (646) 787-9886<br>*Counsel for Defendant* | One University Plaza, Suite 620<br>Hackensack, NJ 07601<br>P. (201) 282-6500 ext 119<br>F. (201) 282-6501<br>*Counsel for Plaintiff* |

So Ordered:   /s/ Pamela K. Chen

_____
Judge Pamela K. Chen
United States District Judge

9